# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| United States of America<br>v.<br><br>David Bryan Frantz<br><br>*Defendant* | ) ) ) ) ) ) ) ) | Case No. 3:24-mj-00184-KFR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 23, 2024__, at or near __Anchorage__ in the _____ District of __Alaska__, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46504 | Interference with Flight Crew Members and Attendants |
| 18 U.S.C. § 113(a)(2) | Assault with Intent to Commit Felony |

This criminal complaint is based on these facts:

See attached affidavit of FBI SA Katie Yarborough

☒ See attached affidavit.

_Complainant's signature_

SA Katie Yarborough, FBI
_Printed name and title_

**Telephonically sworn and affirmed.**
Subscribed and sworn pursuant to Fed. R. Crim. P. 4 and 41 (d)(3) on:

Date: April 25, 2024

City and state: Anchorage, Alaska

_Judge's Signature_

Hon. Kyle F. Reardon, U.S. Magistrate Judge
_Printed name and title_